# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Segundo Pablo Loja Chogllo,<br><br>    Petitioner,<br><br>v.<br><br>Todd LYONS, in his capacity as Acting Director, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela BONDI, U.S. Attorney General; Dare MARGOLIN, Executive Office for Immigration Review; David EASTERWOOD, Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations.<br><br>    **Respondents.** | **CERTIFICATE OF SERVICE**<br><br>File No. _____ |

I Certify that on Thursday, January 29, 2026, I served via E-Service a copy of the Petition for Writ of Habeas Corpus on the following parties:

Todd Lyons
    U.S. Immigration and Customs Enforcement,
    Office of the Principal Legal Advisor,
    500 12th St. SW, Mail Stop 5900,
    Washington, DC 20536-5900

Kristi Noem
    Office of the General Counsel,
    U.S. Department of Homeland Security,
    2707 Martin Luther King Jr. Ave SE,
    Washington, DC 20528-0485

Pamela Bondi
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Daren Margolin

1

Executive Office for Immigration Review
5107 Leesburg Pike
Falls Church, VA 22041

David Easterwood
U.S. Immigration and Customs Enforcement
St. Paul Field Office
1 Federal Drive, Suite 1601
Fort Snelling, MN 55111

1/29/26
Date

Shana Drengenberg, Esq.
Bar Number MN ID 0504521
**ANDERSON & ANDERSON LAW, LLC**
2900 Washington Ave N.
Minneapolis, MN 55411
Telephone: (612) 259-8945
Fax: (612) 345-4220
shana@andersonlf.com