UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Segundo L, | Civ. No. 26-808 (PAM/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Lyons, in his capacity as Acting Director, Immigration and Customs Enforcement; Pamela Bondi, U.S. Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Daren K. Margolin, Executive Office for Immigration Review; and David Easterwood, Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, | |
| Respondents. | |

Petitioner Segundo L., a citizen of Ecuador, was detained by Immigration and Customs Enforcement on December 12, 2025, and is now detained in McCook, Nebraska. (See Pet. ¶ 1 (Docket No. 1).) He brings this habeas action seeking release or, in the alternative, a bond hearing. (See id. at 19.)

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where

immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." Adriana M.Y.M. v. Easterwood, Civ. No. 26-213, 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026) (Blackwell, J.). This exception does not apply here, as it is clear that Petitioner was detained in Nebraska at the time he filed this petition. (See Pet. ¶ 1.) Accordingly, the Court lacks jurisdiction over his petition and will transfer it to the United States District Court for the District of Nebraska. See 28 U.S.C. § 1406(a); 28 U.S.C. § 1631.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **TRANSFERRED** to the United States District Court for the District of Nebraska.

Dated: January 29, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge